Case 4:23-cv-00536   Document 45   Filed on 04/18/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 18, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| POWERS BROWN ARCHITECTURE N.A., LLC | § § § | |
| *Plaintiff*, | § § | Civil Action Case No. 4:23-CV-00536 |
| v. | § § | |
| RAMIRO A. GALINDO, INC. | § § § | JURY TRIAL DEMANDED |
| *Defendant.* | § § § | |

**ORDER GRANTING**
**JOINT AGREED MOTION TO DISMISS WITH PREJUDICE**

On this day, the Court considered Plaintiff Powers Brown Architecture N.A., LLC's ("PBA") and Defendant Ramiro A. Galindo, Inc.'s ("Galindo") Joint Agreed Motion to Dismiss with Prejudice (the "Motion"). Having considered the Motion, and all other pleadings and papers on file, the Court is of the opinion that the Motion should be **GRANTED**.

It is therefore **ORDERED** that the Motion is hereby **GRANTED**;

It is further **ORDERED** that all claims against Galindo are hereby **DISMISSED WITH PREJUDICE**; and

It is further **ORDERED** that PBA and Galindo shall each bear their own attorneys' fees, court costs, and other litigation expense associated with this civil action.

SIGNED this 18th day of April, 2024.

Andrew S. Hanen
United States District Judge

15323716